1
2
3                    **UNITED STATES DISTRICT COURT**
4                         **DISTRICT OF NEVADA**
5
6   DeAUNDRAY GASTON,                    )
                                         )
7                        Plaintiff,      )    Case No. 2:12-cv-1655-GMN-NJK
                                         )
8   vs.                                  )    **ORDER DENYING MOTION**
                                         )    **TO CONTINUE SETTLEMENT**
    SHERYL FOSTER, et al.,               )    **CONFERENCE**
9                                        )
                         Defendants.     )    (Docket No. 42)
10  _____ )

11        Pending before the Court is Defendants' second motion to continue the settlement conference,
12  currently set for January 8, 2014.  Docket No. 42.  Defendants represent that, when they first requested
13  a continuance of the settlement conference and suggested January 8, 2014, as one of their available
14  dates, they were unaware of a scheduling conflict in the room that must be available for Plaintiff to
15  participate in the settlement conference.  *Id.*, at 2.  Therefore, Defendants request a continuance of the
16  settlement conference to January 29, 2014.  *Id*.  The Court is unavailable on that date.
17        The Court's Order scheduling the settlement conference states that any request to reschedule the
18  settlement conference must "include five alternate dates on which all counsel and other required
19  attendees are available."  Docket No. 33, at 2.  As Defendants' second motion to continue settlement
20  conference fails to comply with the Court's Order and, instead, submits only one alternative date, a date
21  on which the Court is unavailable, the second motion to continue the settlement conference is hereby
22  **DENIED without prejudice.**
23        IT IS SO ORDERED.
24        Dated: December 31, 2013.
25
26                                              _____
                                                NANCY J. KOPPE
27                                              United States Magistrate Judge
28