# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DeAUNDRAY GASTON,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHERYL FOSTER, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:12-cv-1655-GMN-NJK<br><br>**ORDER DENYING MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Docket No. 42) |

Pending before the Court is Defendants' second motion to continue the settlement conference, currently set for January 8, 2014. Docket No. 42. Defendants represent that, when they first requested a continuance of the settlement conference and suggested January 8, 2014, as one of their available dates, they were unaware of a scheduling conflict in the room that must be available for Plaintiff to participate in the settlement conference. *Id.*, at 2. Therefore, Defendants request a continuance of the settlement conference to January 29, 2014. *Id.* The Court is unavailable on that date.

The Court's Order scheduling the settlement conference states that any request to reschedule the settlement conference must "include five alternate dates on which all counsel and other required attendees are available." Docket No. 33, at 2. As Defendants' second motion to continue settlement conference fails to comply with the Court's Order and, instead, submits only one alternative date, a date on which the Court is unavailable, the second motion to continue the settlement conference is hereby **DENIED without prejudice.**

　　　　IT IS SO ORDERED.

　　　　Dated: December 31, 2013.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge