CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
Public Safety Division
555 East Washington Avenue, #3900
Las Vegas, Nevada 89101
Telephone: (702) 486-2526
Facsimile: (702) 486-3773
Email: mmenendez@ag.nv.gov
*Attorneys for Defendants Burson,
Carlman, Dreesen, Foster, Harris,
Hill, Leavitt, Torsky, and Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEAUNDRAY GASTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHERYL FOSTER, *et. al.*,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01655-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Deaundray Gaston, *pro se* and Defendants Cheryl Burson, Timothy Carlman, Frank Dreesen, Sheryl Foster, Jason Harris, Tanya Hill, Benjamin Leavitt, Stephen Torsky, and Brian Williams, by and through legal counsel, Catherine Cortez Masto, Nevada Attorney General, and Mercedes S. Menendez, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate as follows:

///

///

///

///

///

///

1. The above-entitled action shall be dismissed, in its entirety, *with prejudice;* and

2. The parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED.

DATED this 14th day of March, 2014.

_____
DEAUNDRAY GASTON
#43131
Southern Desert Correctional Center
P O Box 208
22010 Cold Creek Road
Indian Springs, NV 89018
*Plaintiff, Pro Se*

DATED this 25th day of March, 2014.

CATHERINE CORTEZ MASTO
Attorney General

_____
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada State Bar No. 9443
STATE OF NEVADA OFFICE OF THE
ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants Burson, Carlman, Dreesen, Foster, Harris, Hill, Leavitt, Torsky and Williams*

### ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS SO ORDERED** this 26th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2